**COMMONWEALTH of Pennsylvania,**
**Appellant,**

v.

**Randall Eugene REED, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.
Decided Sept. 8, 1999.

William J. Haberstroh, Altoona, Jackie Atheron Bernard, Duncansville, for Com.

Loreen M. Kemps, Duncansville, for R.E. Reed.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, —— Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Blair County Court of Common Pleas dated February 13, 1998. Furthermore, we remand the matter to the common pleas

court for disposition of any remaining issues.

Jurisdiction is relinquished.